Shockley *vs.* Davis *et al.*

---

No. 32.— WILLIAM D. SHOCKLEY, plaintiff in error, *vs.* G. O.
DAVIS and others, defendants in error.

[1.] In attachment, the bond, though, for a sum *greater* than double the
amount sworn to be due, is good.

Attachment, in Marion Superior Court.    Decision by Judge
PERKINS, August Term, 1854.

The only question in this case is—whether an attachment
bond, given under the Act of 1833, is good, which is for more
than double the amount of the debt sworn to.    The Court be-
low held the attachment to be good, and this decision is assign-
ed as error.

OLIVER, for plaintiff in error.

PRYOR, for defendant in error.

*By the Court.*—BENNING, J. delivering the opinion.

[1.] The Act of 1833, to amend and explain the second sec-
tion of the Attachment Act, of the 18th of February, 1799, re-
quires, in attachments, the plaintiff to give the defendant bond
and security, in a sum *at least* equal to double the amount
sworn to be due.

The meaning of this requisition is, that no bond, for a sum
less than double the amount sworn to be due, shall be received;
but that any bond for a sum *equal* to double that amount, or
for a sum *greater* than double that amount, shall be received.

This is clear, both from the words of this Act, and from the
words of the part of the Act of 1799, which this Act was pass-
ed to amend.    Those words are—"shall take bond and security
of the party for whom the same may be granted, in double the
sum to be attached"—not in *at least* double the sum to be at-
tached.

In this case the bond was for a sum equal to more than dou-
ble the amount sworn to be due.

The Court was right, therefore, in holding the bond good.